JUDGE MARRERO

07 CIV 8194

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
PASSPORT INTERNATIONAL ENTERTAINMENT,   ) Civil Action No.
LLC, a California Limited Liability Company,  )
                                        )
              Plaintiff,                ) **Rule 7.1 Statement**
                                        )
         -against-                      )
                                        )
HISTORIC FILMS ARCHIVE, LLC, a New York )
Limited Liability Company               )
                                        )
              Defendant.                )
------------------------------------X

SEP 19 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Passport International Entertainment, LLC (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: New York, New York
       September 19, 2007

                           CAPLAN & ROSS, LLP

                           By: _____
                               Brian D. Caplan (BC 1713)
                           100 Park Avenue, 18th Floor
                           New York, New York 10017
                           (212) 973-2376
                           Attorneys for Plaintiff