# AFFIDAVIT OF SERVICE

State of NEW YORK          County of SOUTHERN          Court

Index Number: 07CV8194
Date Filed: _____

Plaintiff:
**PASSPORT INTERNATIONAL ENTERTAINMENT, LLC.,**

vs.

Defendant:
**HISTORIC FILMS ARCHIVE, LLC.,**

For:
CAPLAN & ROSS, LLP
100 Park Avenue
18th Floor
New York, NY 10017

Received by LEGALEASE to be served on HISTORIC FILMS ARCHIVE, LLC, 211 THIRD STREET, GREENPORT, NY 11944.

I, Seth Korin, being duly sworn, depose and say that on the **25th day of September, 2007 at 1:25 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS AND COMPLAINT** to: **JOEL LAURO** as **PRESIDENT** for **HISTORIC FILMS ARCHIVE, LLC**, at the address of: **211 THIRD STREET, GREENPORT, NY 11944**, who stated they are authorized to accept service.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: White, Height: 5'7", Weight: 165, Hair: Brown, Glasses: N

I am over the age of eighteen, have no interest in the above action and have the authority to serve process pursuant to CPLR 2103.

Subscribed and Sworn to before me on the 25th day of September, 2007 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

ANDREA MOLODY
Notary Public, State of New York
No. 01MO6037166
Qualified in Suffolk County
Commission Expires Feb. 14, 2012

_____
Seth Korin
PROCESS SERVER

LEGALEASE
139 Fulton St.
New York, NY 10038
(800) 393-1277

Our Job Serial Number: 2007004606

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9t