```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-16-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
PASSPORT INTERNATIONAL           :   Case No.: 07 Civ 8194 (VM/DF)
ENTERTAINMENT, LLC,
                                 :
               Plaintiff,
                                 :
       -against-                     STIPULATION AND ORDER
                                 :
HISTORIC FILMS ARCHIVE, LLC,
                                 :
               Defendant.
------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the respective parties that defendant's time to answer, move or otherwise respond with respect to the summons and complaint in this action is hereby extended through and including November 15, 2007, and it is further stipulated and agreed that defendant hereby waives any challenge to the Court's jurisdiction or as to the Southern District of New York being the proper venue.

Dated: New York, New York
       October 15, 2007

CAPLAN & ROSS, LLP                          LEVY & BOONSHOFT, P.C.

By: _____               By: _____
    BRIAN D. CAPLAN (BC 1713)                   DAVID M. LEVY (DL 7255)
    A Member of the Firm                        A Member of the Firm
    Attorneys for Plaintiff                     Attorneys for Defendant
    100 Park Avenue - 18th Floor                477 Madison Avenue - 14th Floor
    New York, New York 10017                    New York, New York 10022
    (212) 907-0842                              (212) 751-1414


SO ORDERED: 16 Oct /s/ 2007

_____
U.S.D.J.
**Victor Marrero**