AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF New York

PASSPORT INTERNATIONAL ENTERTAINMENT, LLC,
A California Limited Liability Company,

           Plaintiff,

-against-

HISTORIC FILMS ARCHIVE, LLC, A New York
Limited Liability Company,

           Defendant.

**APPEARANCE**

Case Number: 07 Civ. 8194 (VM/DF)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

HISTORIC FILMS ARCHIVE, LLC, a New York Limited Liability Company

I certify that I am admitted to practice in this court.

10/15/2007
Date

Signature

David M. Levy (Levy & Boonshoft, P.C.)      DL 7255
Print Name      Bar Number

477 Madison Avenue
Address

New York      New York      10022
City      State      Zip Code

(212) 751-1414      (212) 751-6943
Phone Number      Fax Number

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK   )

ROBIN MAZZIA, being duly sworn, deposes and says:

I am not a party to this action, I am over 18 years of age and reside in Queens, New York.

On October 16, 2007, I served the within **NOTICE OF APPEARANCE** upon:

Brian D. Caplan, Esq.
Caplan & Ross, LLP
100 Park Avenue - 18th Floor
New York, New York 10017
**Bcaplan@caplanross.com**

at the email address set forth above.

_____
ROBIN MAZZIA

Sworn to before me this
16th day of October, 2007

_____
Notary Public

DAVID M. LEVY
NOTARY PUBLIC, State of New York
No. 02LE6104552
Qualified in New York County
Commission Expires January 26, 2008