UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – – – – – – – – – – X

PASSPORT INTERNATIONAL ENTERTAINMENT,  )  Civil Action No. 07 Civ 8194
LLC, a California Limited Liability Company,         )  (VM/DF)
                                                                          )
                                Plaintiff,                          )  **NOTICE OF MOTION**
                                                                          )  **FOR LEAVE TO**
                       -against-                                  )  **APPEAR PRO HAC VICE**
                                                                          )
HISTORIC FILMS ARCHIVE, LLC, a New York     )
Limited Liability Company                                    )
                                                                          )
                                Defendant.                      )
– – – – – – – – – – – – – – – – – – – – – – – – – X

Pursuant to Local Civil Rule 1.3(c), plaintiff, by its counsel Caplan & Ross, LLP, hereby

moves this Court for an order granting leave to Michael R. Blaha, Esq. of the firm of Law

Offices of Michael R. Blaha at 2350 Wilshire Boulevard, Third Floor, Santa Monica, California

90403-4642 to appear *pro hac vice* as counsel for plaintiff. The form of such order is annexed

hereto as Exhibit A. In support of this Motion, plaintiff directs the attention of this Court to the

annexed Certificate of Good Standing as Exhibit B and the Declaration of Brian D. Caplan, Esq.,

and Affidavit of Michael R. Blaha.

Dated: New York, New York
            October 29, 2007

                                    CAPLAN & ROSS, LLP

                                    By: _____
                                          Brian D. Caplan (BC-1713)
                                    100 Park Avenue, 18th Floor
                                    New York, New York 10017
                                    (212) 973-2376
                                    Attorneys for Plaintiff

To: David M. Levy (DL 7255)
     Levy & Boonshoft, P.C.
     477 Madison Avenue, 14th Floor
     New York, New York 10022

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-19-07

*Request GRANTED. Attorney Michael R. Blaha is authorized to appear pro hac vice as counsel for plaintiff in this action, upon his client's*

SO ORDERED:
11-19-07
DATE          VICTOR MARRERO, U.S.D.J.