

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x
PASSPORT INTERNATIONAL ENTERTAINMENT, LLC,

                Plaintiff,

- against -

HISTORIC FILMS ARCHIVES, LLC,

                Defendant.
-------------------------------------------------------------- x

Case No. 07 Civ 8194 (VM/DF)

**CONSENT TO CHANGE ATTORNEY**

IT IS HEREBY CONSENTED THAT, Robinson Brog Leinwand Greene Genovese & Gluck PC, with offices at 1345 Avenue of the Americas, New York, New York 10105, Tel: (212) 603-6300, be substituted as attorneys of record for Historic Films Archive, LLC in place and stead of the undersigned attorney(s) as of the date hereof.

This stipulation may be executed in any number of counterparts and when taken together shall constitute one original document and facsimile signatures may be deemed original.

Dated: New York, New York
       November 19, 2007

ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK PC

By: _____
David M. Levy, Esq. DL-7255
New Attorneys for Historic Films Archive, LLC
1345 Avenue of the Americas
New York, New York 10105
Tel: (212) 603-6300

By: _____
Historic Films Archive, LLC

SO ORDERED: 19 December 2007
_____
Victor Marrero, U.S.D.J.

LEVY & BOONSHOFT, P.C.

By: _____
David M. Levy, Esq. DL-7255
Former Attorney for Historic Films Archive, LLC
477 Madison Avenue
New York, New York 10022
Tel: (212) 751-1414

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-19-07
```

(00350925.DOC;1)