UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PASSPORT INTERNATIONAL
ENTERTAINMENT, LLC, a California Limited
Liability Company,

                        Plaintiff,

-against-

HISTORIC FILMS ARCHIVE, LLC, a New York
Limited Liability Company,

                        Defendant.
------------------------------------------------------------X

Civil Action No. 07 CIV 8194
(VM)

**AFFIDAVIT OF SERVICE**

      Danielle Rosen, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides in the County of Nassau, State of New York.

      On the 26th day of December, 2007, deponent served a true copy of the foregoing Notice of Motion to Dismiss, Affirmation of Donna M. Bates, Defendant's Memorandum of Law in Support of its Motion to Dismiss, and the Declaration of K. Luan Tran in Support of Defendant's Motion to Dismiss via Federal Express overnight mail upon:

                        Michael R. Blaha, Esq.
                     Law Offices of Michael R. Blaha
                  2530 Wilshire Boulevard, 3rd Floor
                        Santa Monica, CA 90403
                        Attorneys for Plaintiff

                                                  Danielle Rosen

Sworn to before me this
26th day of December, 2007

_____
      Notary Public

Marc Andrew Lavaia
Notary Public, State of New York
No. 31-02LA6072899
Qualified in New York County
Commission Expires April 15, 2010

{00363179.DOC;1}                        1