ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

1345 AVENUE OF THE AMERICAS

NEW YORK, NEW YORK 10105-0143

212-603-6300

FAX 212-956-2164

January 8, 2008



David M. Levy
(212) 603-6391
dml@robinsonbrog.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-11-08

Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street, Room 660
New York, NY 10007-1312

      Re:  Passport International Entertainment, LLC v. Historic Films Archive, LLC
           Case No. 07 Civ. 8194 (VM/DF)

Dear Judge Marrero:

      We represent Historic Films Archive, LLC, the defendant in this civil action. We enclose herewith a Stipulation and Order setting forth the revised briefing schedule and an adjourned return date of February 15, 2008 in connection with defendant's motion to dismiss.

      I would also like to take this opportunity to urge the Court to schedule a pre-trial conference in accordance with Your Honor's rules of practice. We look forward to the Court's earliest advice.

Respectfully submitted,

David M. Levy

cc:  Caplan & Ross, LLP
     Historic Films Archive, LLC
     (w/enclosure)

SO ORDERED:

The initial conference herein will be scheduled following the Court's ruling on the pending motion to dismiss. If there is compelling reason for any earlier conference the parties should inform the Court of the prospect.

1-10-08
DATE    VICTOR MARRERO, U.S.D.J.

{00369422.DOC;1}