UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
PASSPORT INTERNATIONAL ENTERTAINMENT, LLC,

       Plaintiff,

 - against -

HISTORIC FILMS ARCHIVES, LLC,

       Defendant.
------------------------------------------------------------------- x

Case No. 07 Civ. 8194 (VM/DF)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by and between the undersigned parties that the return date for defendant's Motion to Dismiss is extended to February 15, 2008. Plaintiff will serve opposition papers by close of business January 25, 2008. Defendant will serve reply papers by close of business February 8, 2008.

There has been no prior request for an extension or adjournment.

This stipulation may be executed in any number of counterparts and when taken together shall constitute one original document and facsimile signatures may be deemed original.

Dated: New York, New York
   January 7, 2008

ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK PC

By: _____
 David M. Levy, Esq. DL-7255
Attorneys for Historic Films Archive, LLC
1345 Avenue of the Americas
New York, New York 10105
Tel: (212) 603-6300

Dated: New York, New York
   January ___, 2008

CAPLAN & ROSS, LLP

By: _____
 Brian D. Caplan, Esq. BC-1713
Attorneys for Plaintiff Passport
International Entertainment, LLC.
100 Park Avenue
New York, NY 10017
Tel: (212) 973-2376

SO-ORDERED: 10 January 2008

_____
Victor Marrero
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-11-08

{00369149.DOC;1}

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
PASSPORT INTERNATIONAL ENTERTAINMENT,
LLC,
:   Case No. 07 Civ. 8194
:   (VM/DF)
           Plaintiff,
  - against -                            :   **STIPULATION AND ORDER**
:
HISTORIC FILMS ARCHIVES, LLC,
:
           Defendant.
---------------------------------------------------------------- x

IT IS HEREBY STIPULATED by and between the undersigned parties that the return date for defendant's Motion to Dismiss is extended to February 15, 2008. Plaintiff will serve opposition papers by close of business January 25, 2008. Defendant will serve reply papers by close of business February 8, 2008.

There has been no prior request for an extension or adjournment.

This stipulation may be executed in any number of counterparts and when taken together shall constitute one original document and facsimile signatures may be deemed original.

Dated: New York, New York
       January ___, 2008

ROBINSON BROG LEINWAND GREENE
  GENOVESE & GLUCK PC

By: _____
       David M. Levy, Esq. DL-7255
Attorneys for Historic Films Archive, LLC
1345 Avenue of the Americas
New York, New York 10105
Tel: (212) 603-6300

Dated: New York, New York
       January 7, 2008

CAPLAN & ROSS, LLP

By: _____
       Brian D. Caplan, Esq. BC-1713
Attorneys for Plaintiff Passport
International Entertainment, LLC.
100 Park Avenue
New York, NY 10017
Tel: (212) 973-2376

SO-ORDERED:

_____
               U.S.D.J.

{00369149.DOC;1}