```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
PASSPORT INTERNATIONAL ENTERTAINMENT, ) Civil Action No. 07 Civ 8194
LLC, a California Limited Liability Company,  ) (VM)
                                              )
            Plaintiff,                        )
                                              ) **NOTICE OF DISMISSAL**
    -against-                                 ) **WITHOUT PREJUDICE**
                                              )
HISTORIC FILMS ARCHIVE, LLC, a New York       )
Limited Liability Company                     )
                                              )
            Defendant.                        )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Passport International Entertainment, LLC hereby dismisses this action without prejudice.

Dated: New York, New York
       January 25, 2008

                                CAPLAN & ROSS, LLP

                                By: _____
                                    Brian D. Caplan (BC-1713)
                                    Jonathan J. Ross (JR-0581)
                                100 Park Avenue
                                New York, NY 10017
                                Telephone: (212) 973-2376
                                Fax:       (212) 661-4290

                                Attorneys for Plaintiff,
                                Passport International Entertainment, LLC

To: David Levy, Esq.
    Robinson Brog Leinwand Greene Genovese & Gluck P.C.
    1345 Avenue of the Americas
    New York, NY 10105-0143

    Attorneys for Defendant

SO ORDERED:

_1-28-08_ _____
 DATE     VICTOR MARRERO, U.S.D.J.